McConnell *v.* Prest-O-Lite Co.—62 Ind. App. 697.

FELT, J.—The facts in this case are substantially the same, and the law questions presented are identical with those decided in *Harris* v. *International Steel & Iron Construction Company* (No. 9,079), *ante* 64, 112 N. E. 532, decided by this court this term. On the authority of that decision the judgment in this case is affirmed.

## HARRIS ET AL. *v.* GREER-WILKINSON LUMBER COMPANY.

[No. 9,077.   Filed June 29, 1916.]

From Clay Circuit Court; *John M. Rawley*, Judge.

Action between Curtis Harris and others and the Greer-Wilkinson Lumber Company.   From a judgment for the latter, the former appeals. *Affirmed.*

*Carey L. Harrel* and *Walker & Blankenbaker*, for appellants.
*Webster V. Moffett* and *McGregor & Harris*, for appellee.

HOTTEL, P. J.—The facts presented by the record in this appeal are substantially the same as were presented in *Harris* v. *International Steel & Iron Construction Company* (No. 9,079), *ante* 64, 112 N. E. 532, decided this term, and the law as there announced controls the questions here presented.   On the authority of that case the judgment below is affirmed.

## McCONNELL, ADMINISTRATRIX *v.* THE PREST-O-LITE COMPANY.

[No. 9,024.   Filed June 28, 1916.   Rehearing denied October 6, 1916.]

From Hamilton Circuit Court; *Meade Vestal*, Judge.

Action between Emma McConnell, administratrix, and the Prest-O-Lite Company.   From a judgment for the latter, the former appeals. *Affirmed.*

*Joseph O. Carson, George W. Galvin* and *Shirts & Fertig*, for appellant.
*Korbly & New, John S. Berryhill* and *Kane & Kane*, for appellee.

IBACH, J.—The questions presented by this appeal have all been decided adversely to appellant in the case of *Prest-O-Lite Company* v. *Skeel*, 182 Ind. 593, 106 N. E. 365.   On the authority of that case the judgment is affirmed.